IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:22-cv-00102-M

DEBBIE CARMON,                    )
                                 )
        Plaintiff,               )
                                 )
v.                               )
                                 )          ORDER
FOOD LION,                       )
                                 )
        Defendant.               )
_____)

This matter comes before the court on the Memorandum and Recommendation ("M&R")

of United States Magistrate Judge Robert R. Numbers, II [DE 9]. Pursuant to 28 U.S.C.

§ 636(b)(1) and Federal Rule of Civil Procedure 72(b), Magistrate Judge Numbers recommended

that the court dismiss Plaintiff's complaint because she has failed to establish subject matter

jurisdiction over her slip-and-fall claim. Plaintiff timely filed an objection [DE 12], stating that

she gives the court subject matter jurisdiction to hear her claim and that she has suffered

tremendously from her alleged injury. She does not object to any specific portion of the M&R.

A magistrate judge's recommendation carries no presumptive weight. The court "may

accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence

or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord*

*Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of

those portions of the report or specified proposed findings or recommendations to which objection

is made." *Id.* § 636(b)(1). Absent a specific and timely objection, as here, the court reviews only

for "clear error" and need not give any explanation for adopting the recommendation. *Diamond*

*v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Plaintiff's complaint is DISMISSED without prejudice.

SO ORDERED this ___25th___ day of September, 2023.


_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE